

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Jimmy Ray Madrigal,          * Original Mandamus Proceeding

No. 11-17-00093-CR                * April 20, 2017

                                          * Per Curiam Memorandum Opinion
                                             (Panel consists of: Wright, C.J.,
                                             Willson, J., and Bailey, J.)

      This court has inspected the record in this cause and concludes that Jimmy Ray Madrigal's pro se petition for writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.